United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                        Case No. 24-02990-MJC
Wilma Anaisa Sencion                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                               Page 1 of 2
Date Rcvd: Jan 07, 2025                      Form ID: ntcnfhrg                             Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilma Anaisa Sencion, 525 Seybert Street, Hazleton, PA 18201-5246 |
| 5680455 | + | Berkheimer, Agent for Hazelton ASD/Hazelton City, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5669814 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5673630 | + | Hazleton City Authority, 400 E. Arthur Gardner Parkway, Hazleton, PA 18201-7395 |
| 5669815 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5669817 | + | Lehigh Valley Hospital, Patient Accounting, P.O. Box 4120, Allentown, PA 18105-4120 |
| 5669818 | | Portfolio Recovery Assoc., 120 Corp. Blvd.,, Suite 100, Norfolk, VA 23502 |
| 5669821 | + | Upstart Network/Velocity, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5669810 | | Email/Text: dltlegal@hab-inc.com | Jan 07 2025 18:46:00 | Berkheimer, 50 N. 7th St., Bangor, PA 18013 |
| 5669811 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:54:04 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5671430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 19:04:43 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5669812 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2025 18:46:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 5676610 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2025 18:46:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5669813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:54:08 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5669816 | | Email/Text: tullio.deluca@verizon.net | Jan 07 2025 18:46:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5669819 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 07 2025 18:46:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 5669820 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:45 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Hazleton City Authority, 400 E. Arthur Gardner Parkway, Hazleton, PA 18201-7395 |
| 5669822 | *+ | Wilma Anaisa Sencion, 525 Seybert Street, Hazleton, PA 18201-5246 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 blemon@kmllawgroup.com |
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Tullio DeLuca | on behalf of Debtor 1 Wilma Anaisa Sencion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wilma Anaisa Sencion,<br>aka Wilma Anaisa M Sencion,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:24−bk−02990−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 20, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcnfhrg (08/21)