**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   WILMA ANAISA SENCION
         WILMA ANAISA M SENCION

                        Debtor(s)
                                                CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                        Movant
         vs.
         WILMA ANAISA SENCION              CASE NO: 5-24-02990-MJC
         WILMA ANAISA M SENCION


                        Respondent(s)


                **TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on April 2, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


                        Respectfully submitted,

                        /s/  Agatha R. McHale, Esquire
                        ID:  47613
                        Attorney for Trustee
                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        Suite A, 8125 Adams Drive
                        Hummelstown, PA 17036
                        Phone:  (717) 566-6097
                        email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:     WILMA ANAISA SENCION
            WILMA ANAISA M SENCION

                         Debtor(s)
                                      CHAPTER 13

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                         Movant
            vs.
            WILMA ANAISA SENCION                 CASE NO: 5-24-02990-MJC
            WILMA ANAISA M SENCION

                         Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

   U.S. Bankruptcy Court                          Date:   May 1, 2025
   Max Rosenn U.S. Courthouse               Time:   10:00 AM
   197 S. Main Street
   Wilkes Barre, PA  18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 708.00**
    **AMOUNT DUE FOR THIS MONTH:  $236.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $944.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    April 2, 2025

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   WILMA ANAISA SENCION
         WILMA ANAISA M SENCION

                         Debtor(s)

                                         CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                     Movant
vs.
         WILMA ANAISA SENCION           CASE NO: 5-24-02990-MJC
         WILMA ANAISA M SENCION

                        Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 2, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA  18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>Served by First Class Mail</u>

WILMA ANAISA SENCION
525 Seybert Street
Hazleton  PA   18201

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 2, 2025                 /s/  Tammy Life
                                   Office of the Standing Chapter 13 Trustee
                                   Jack N. Zaharopoulos
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   WILMA ANAISA SENCION
         AKA: WILMA ANAISA M SENCION
                                                    CHAPTER 13

                Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                Movant                              CASE NO: 5-24-02990-MJC


         vs.
         WILMA ANAISA SENCION
         AKA: WILMA ANAISA M SENCION


**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.