# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| **WILMA ANAISA SENCION**<br>* Debtor(s) | Case Number: **5-24-02990**<br>Chapter: **13** |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 9, 2025

SIGNED: _Lina Manchak_

TITLE: _/s/Legal Assistant_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wilma Anaisa Sencion,
aka Wilma Anaisa M Sencion,

Debtor 1

Chapter 13

Case No. 5:24-bk-02990-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 27, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 13, 2025

orcnfpln(05/18)

| | | |
|---|---|---|
| Hazleton City Authority<br>400 E. Arthur Gardner Parkway<br>Hazleton, PA 18201-7395 | BERKHEIMER<br>PO BOX 20662<br>LEHIGH VALLEY PA 18002-0662 | Berkheimer, Agent for Hazelton<br>ASD/Hazelton<br>50 North Seventh Street<br>Bangor, PA 18013-1731 |
| Capital One Bank<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry Portfolio Services<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Citibank<br>Box 6500<br>Sioux Falls, SD 57117-6500 | Deutsche Bank National Trust Company, at.<br>el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |
| Greater Hazleton Joint Sewer Authority<br>500 Oscar Thomas Drive<br>P.O. Box 651<br>Hazleton, PA 18201-0651 | Hazleton City Authority<br>400 E. Arthur Gardner Pkwy.<br>Hazleton, PA 182010-7395 | Lehigh Valley Hospital<br>Patient Accounting<br>P.O. Box 4120<br>Allentown, PA 18105-4120 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Assoc.<br>120 Corp. Blvd.,, Suite 100<br>Norfolk, VA 23502 |
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Select Portfolio Servicing<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Upstart Network/Velocity<br>PO Box 1503<br>San Carlos, CA 94070-7503 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |